IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM E. GABLE, JR.,
Former Husband,

       Petitioner,

v.

CAROLYN J. KELLER,
Former Wife,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5382

Opinion filed February 2, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Rhonda S. Clyatt of the Law Offices of Rhonda S. Clyatt, Chartered, Panama City, for Petitioner.

No appearance for Respondent.

PER CURIAM.

       The petition for writ of prohibition is denied on the merits. See Rodriguez v. State, 919 So. 2d 1252, 1274 (2005) (motion to disqualify based on judge's alleged misconduct during postconviction proceedings, filed approximately three months after the alleged misconduct occurred, was untimely); Statewide Homeowners Solutions,

<u>LLC v. Nationstar Mortg., LLC</u>, 2015 WL 8292186 at *3 (Fla. 4th DCA Dec. 9, 2015) (motion to disqualify filed two months after judge made remarks at summary judgment hearing was untimely filed).

ROWE and RAY, JJ., concur.  SWANSON, J., dissents without opinion.